PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 2:10CR00328 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 7:16 CR 263 (NSR) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kenneth Kyran Haslinger | District of Nevada | Las Vegas |

| NAME OF SENTENCING JUDGE |
|---|
| Kent J. Dawson |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/28/2014 | TO 11/27/2017 |
|---|---|---|

OFFENSE
Felon in Possession of a Firearm

FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 16 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of New York  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

  4/11/16
  Date

  _[signature]_
  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Southern  DISTRICT OF  New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

  4/12/2016
  Effective Date

  _[signature]_
  United States District Judge